The County of Jefferson, Appellant, v. Charles B. McMullin, Respondent.— Order affirmed, with costs. All concurred.

The County of Erie, Respondent, v. Oscar H. Hauenstein, as Administrator, etc., of John Hauenstein, Deceased, Appellant, Impleaded with George Baltz and Others:— Order affirmed, with ten dollars costs and disbursements. All concurred.

Charles F. Heffron, Appellant, v. Lackawanna Steel Company, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

In the Matter of the Refund of Illegal and Improper Taxes to the Village of Medina, Appellant, Assessed on Its Water Works System, and Collected by the Town of Shelby in 1905. Board of Supervisors of Orleans County, Respondent.— Order affirmed, with costs. All concurred, except Williams, J., who dissented.

Will A. Slack, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred.

John Wilson, Respondent, v. Utica Gas and Electric Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

John Schrader, an Infant, by Fred Schrader, His Guardian ad Litem, Respondent, v. Gabriel Elias and Abraham J. Elias, Appellants.— Judgment and order affirmed, with costs. All concurred.

Stephen J. Baldwin, Respondent, v. The American Woolen Company of New York, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Kruse, J., who dissented upon the ground that there is no evidence that the accident was caused by reason of the incompetency of Shattell at the time in question.

Henry C. Tiffany, Respondent, v. John J. Ellis, Appellant, Impleaded with H. Wilmot Smith and John H. Pettit.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. All concurred, except Williams, J., who dissented; Robson, J., not sitting.

Margaret Thompson, Respondent, v. City of Buffalo, Appellant.— Order affirmed, with costs. All concurred.

Nellie Simmons, as Administratrix, etc., of Nelson Simmons, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred.

William P. Williams, Appellant, v. First National Bank of Utica, N. Y., Respondent.— Judgment affirmed, with costs, upon opinion in same case reported at 118 Appellate Division, 555. All concurred, except Spring, J., who dissented upon the grounds stated in the dissenting opinion in same case.

Bradley Woodhull, Respondent, v. Syracuse, Lake Shore and Northern Railroad Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, without costs. All concurred.

Blanche E. Davis, Respondent, v. George S. Davis, Appellant.— Order reversed, without costs, and motion denied, without costs, with leave to renew. All concurred.